**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | C/A No.: 4:15-cv-02276-RBH |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER GRANTING** |
| | ) | **DEFAULT JUDGMENT** |
| Johnny Gardner, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court upon the Plaintiff's Request for Entry of Default and Motion for Default Judgment. After careful review of the pleadings, motion, return of service and all exhibits attached thereto, the Court finds that Defendant failed to plead or otherwise defend as required by the Federal Rules of Civil Procedure.

In addition, Plaintiff submitted Certificates of Indebtedness and an Affidavit of Counsel demonstrating that the amount requested in the complaint is a sum certain. Two hundred sixty-four days have passed since May 27, 2015. Using the $0.48 per diem rate of interest, as of February 15, 2016, Defendant is indebted to the Plaintiff in the amount of $4,820.55 for the first promissory note. Using the $0.48 per diem rate of interest, as of February 15, 2016, Defendant is indebted to the Plaintiff in the amount of $4,820.57 for the second promissory note. Using the $1.45 per diem rate of interest, as of February 15, 2016, Defendant is indebted to the Plaintiff in the amount of $32,205.08 for the third set of promissory notes. Using the $1.34 per diem rate of interest, as of February 15, 2016, Defendant is indebted to the Plaintiff in the amount of $13,101.60 for the fourth promissory note. Including the costs of $132.93, Defendant is indebted

2

to the Plaintiff in the total amount of $55,080.73. Therefore, no further action is necessary to enter a Judgment.

Therefore, it is ordered, pursuant to Fed. R. Civ. P. 55 (b)(1) and (b)(2) that the Plaintiff is granted a Judgment against Defendant for $55,080.73. Further, pursuant to 28 USC §1961, interest on the Judgment at the legal rate shall continue to accrue until the Judgment is paid in full.

AND IT IS SO ORDERED.


February 18, 2016                                             s/ R. Bryan Harwell
Florence, South Carolina                                  R. Bryan Harwell
                                                                          United States District Judge